|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HELIODORO VIDRIO RODRIGUEZ, CIPRIANO LARIOS CORTEZ, JESUS LARIOS, JASMIN CHAVEZ SARABIA, RICHARD PAUL CABRERA, RACHEL ANN GENARO-MEZA, JOHN DAVID FERRILL,<br><br>                    Defendants. | CASE NO. CR17-5089BHS<br><br>ORDER |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

This matter comes before the Court on Defendant Heliodoro Vidrio Rodriguez's Motion to Continue Trial, Pre-Trial and Pre-Trial Motions Filing Deadline.  The Court, having considered the unopposed motion, Defendant Richard Cabrera's response, the declaration filed by defense counsel Phil Brennen, the government's response and Defendant Jesus Larios' response, makes the following findings of fact and conclusions of law:

   1. Discovery in this matter is voluminous and ongoing, and it includes material subject to a protective order.  The defense needs additional time to review the large amount of discovery.

   2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation

ORDER - 1

for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.  18 U.S.C. § 3161(h)(7)(B)(ii).

3.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6.  Defendant Richard Cabrera waived speedy trial through October 31, 2017; Defendants John David G. Ferrill and Rachel Ann Genaro-Meza waived speedy trial through November 30, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from May 2, 2017, to September 19, 2017, at 9:00 a.m.  The resulting period of delay from March 9, 2017, to September 19, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than August 10, 2017.  Pretrial Conference is set for September 11, 2017 at 9:00 a.m.

Dated this 28th day of March, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge